**Electronically Filed**
**Supreme Court**
**SCWC-28774**
**01-MAY-2012**
**08:55 AM**

SCWC-28774

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JOHN MUSSACK, Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I, PATRICIA HAMAMOTO,
LEA ALBERT, MICHAEL HARANO, and LANELLE HIBBS,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28774; CIV. NO. 04-1-0455)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and Acoba, JJ.,
Circuit Judge Sakamoto, in place of Duffy, J., recused,
and Circuit Judge Wilson, in place of McKenna, J., recused)

Petitioner/Plaintiff-Appellant John Mussack's

application for writ of certiorari filed on March 23, 2012, is

hereby rejected.

DATED:  Honolulu, Hawai'i, May 1, 2012.

| | |
|---|---|
| John Mussack, petitioner/ plaintiff-appellant, pro se, on the application and reply | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| David M. Louie, Attorney General, James E. Halvorson and Nelson Y. Nabeta, Deputy Attorneys General, for respondent/defendant- appellee on the response | /s/ Simeon R. Acoba, Jr. |
| | /s/ Karl K. Sakamoto |
| | /s/ Michael D. Wilson |

